IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ATRELLA R. REYNOLDS, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 3:15-CV-1001-NJR-PMF |
| BANK OF AMERICA, N.A., | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

**ROSENSTENGEL, District Judge:**

Plaintiff, Atrella R. Reynolds, filed this action and a motion for leave to proceed *in forma pauperis* on September 11, 2015 (Docs. 1, 2). Plaintiff then filed a motion for leave to amend her complaint on September 28, 2015 (Doc. 6). The Court granted Plaintiff's motion for leave to amend her complaint, withheld ruling on the motion for leave to proceed *in forma pauperis* until Plaintiff filed the amended complaint, and found moot Defendant's motion for an extension of time to file an answer (Doc. 9). Plaintiff's amended complaint was due on or before November 16, 2015. Plaintiff then filed a motion for an extension of time to file her amended complaint (Doc. 10), which the Court granted, giving Plaintiff additional time, until December 14, 2015, to file an amended complaint.

The deadline came and went, and the Court heard nothing from Plaintiff. Because the Court had not heard from Plaintiff, the Court ordered Plaintiff to show cause why this matter should not be dismissed for failure to comply with the Court's Order and

failure to prosecute (Doc. 12). Plaintiff was warned that her case would be dismissed if she did not respond by January 27, 2016 (Doc. 11). Once again, the deadline passed without a word from Plaintiff.

"Once a party invokes the judicial system by filing a lawsuit, it must abide by the rules of the court; a party cannot decide for itself when it feels like pressing its action and when it feels like taking a break . . . ." *James v. McDonald's Corp.*, 417 F.3d 672, 681 (7th Cir. 2005). If a party fails to litigate its claims or otherwise abide by the court's orders, the court has the inherent authority to *sua sponte* dismiss the matter. *Id.; O'Rourke Bros. Inc. v. Nesbitt Burns, Inc.*, 201 F.3d 948, 952 (7th Cir. 2000). Plaintiff has failed to respond to the Order to Show Cause. Accordingly, dismissal is appropriate.

This action is **DISMISSED with prejudice**. The Clerk of Court is **DIRECTED** to enter judgment and close this case on the Court's docket.

**IT IS SO ORDERED.**

**DATED: January 28, 2016**

_____
**NANCY J. ROSENSTENGEL**
**United States District Judge**